**LAW OFFICE OF EDUARDO J. CELAYA, PLLC**
Eduardo J. Celaya #014747
2942 N. 24TH Street, Suite 114
Phoenix, Arizona 85016
Phone (602) 281-4547
Fax (602) 424-5757
celayalaw@gmail.com
Attorney for Plaintiff

### UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| Lucille Gagnon, <br><br> Plaintiff, <br><br> v. <br><br><br> National Enterprise Systems, Inc a/k/a NES of Ohio Inc. (FN), an Ohio corporation; and Redline Recovery Services, LLC, a Georgia LLC, <br><br> Defendants. | Case No.:  3:09 CV08187-NVW <br><br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

The   Plaintiff, Lucille Gagnon, by and through her attorney, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) files this voluntary dismissal stating the following:

1

The parties have reached a settlement on all claims regarding the above-referenced matter. Therefore, Plaintiff agrees to dismiss her lawsuit against all the Defendants with prejudice.

Respectfully submitted this 8th day of January 2010.

**LAW OFFICE OF EDUARDO J. CELAYA, PLLC**

s/*Eduardo J. Celaya*
Eduardo J. Celaya
2942 N. 24TH Street, Suite 114
Phoenix, Arizona 85016
Attorney for Plaintiff